UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SING CHUEN LAW,<br><br>                    Plaintiff,<br><br>             -v.-<br><br>AAE CORP., *et al.*,<br><br>                    Defendants. | 17 Civ. 10248 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On December 11, 2019, the Court received a report from the Court-annexed Mediation Program, informing the Court that the mediator had been unsuccessful in resolving the case. Therefore, the Court ORDERS the parties to appear for a conference to provide a status update on January 6, 2020, at 4:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: December 16, 2019
New York, New York

KATHERINE POLK FAILLA
United States District Judge